## AFFIDAVIT

I, Roberto Santiago, do hereby depose and state:

## BACKGROUND

1. That I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and have been so since March 2014. I am a graduate of the Criminal Investigator Training Program at the Federal Law Enforcement Training Center as well as the ATF Special Agent Basic Training Academy. I have a Bachelor of Science degree in Electronics Technology from the University of Puerto Rico.

2. The details and information stated herein are a compilation of facts and events investigated by me and other Law Enforcement Officers, who investigated and confirmed their veracity or oversee their development. I have drafted this affidavit for the limited purpose of establishing probable cause for certain violations of law. Therefore, I have not included all of the facts of this investigation.

## FACTS IN SUPPORT OF PROBABLE CAUSE

3. On December 3, 2025, Carolina Municipal Police (CMP) Agents received information from the dispatch center that there was an armed individual wearing a black shirt and black pants, in Ayala-Belen alley in Sabana Abajo ward, located in Carolina, PR.

4. When CMP Agents arrived at the abovementioned location, they observed various individuals but none of them matched the descriptions provided by the dispatch center.

5. CMP Agent continued walking through the alley and one of the CMP Agents observed an individual later identified as Alexander DELGADO-SUAREZ sitting down in front of an abandoned structure wearing all black clothing. The CMP Agent with his flashlight

pointed to where DELGADO-SUAREZ was located and gave commands to show his hands. CMP Agent stated that DELGADO-SUAREZ dropped to what according to his training and experience was a rifle and stood up. CMP Agents asked DELGADO-SUAREZ if he had a firearms permit, to which he replied that he doesn't have a firearms permit. Immediately after, DELGADO-SUAREZ was placed under arrest and Miranda warnings were read to him.

6. CMP Agents found and seized on the ground a Palmeto AR type pistol, multi-caliber, bearing serial number SCB904803 loaded with 25 rounds of .223 caliber ammunition. The firearm is depicted below.



7. From DEGADO-SUAREZ's front pants pockets, CMP Agents found and seized a black rifle magazine loaded with 32 rounds of .223 caliber ammunition, an iPhone, a blue container containing a green leafy substance that field tested positive to marijuana, a cigarette containing a substance that field tested to marijuana, and a three wrapping papers.

8. CMP Agents transported DELGADO-SUAREZ to the police station for processing.

9. On December 4, 2025, ATF Agents advised Alexander DELGADO-SUAREZ of his Miranda rights. After understanding his rights, DELGADO-SUAREZ waived his rights and admitted to ATF Agents that he was arrested with a rifle in Ayala alley in Sabana Abajo. Furthermore, DELGADO-SUAREZ stated that the police seized from him a riffle magazine and a cellphone from his pants pockets.

10. DELGADO-SUAREZ stated that he was convicted in 2012 in state court for narcotics violations and in 2018 he was convicted in federal court for firearms violations.

11. The investigation revealed that Alexander DELGADO-SUAREZ was convicted of a crime punishable of more than one year. Among others, in a 2018 case, he was convicted in this District Court for a felony violation of 18 U.S.C. § 922(g)(1) and was sentenced to 27 months of imprisonment followed by three years of supervised release.

12. The investigation further revealed that no firearms and ammunition including these types, are manufactured in the Commonwealth of Puerto Rico, therefore the firearm and ammunition seized from DELGADO-SUAREZ were shipped or transported in interstate or foreign commerce.

**CONCLUSION**

13. Based on the facts set forth above, I respectfully submit that there exists probable cause to charge Alexander DELGADO-SUAREZ with a violation Title 18, United States Code, 922(g)(1).

I hereby declare that the foregoing is true and correct based on my knowledge of the investigation and the information provided by the state officers in this matter.

ROBERTO SANTIAGO
Digitally signed by ROBERTO SANTIAGO
Date: 2025.12.04 12:09:55 -05'00'

Roberto Santiago
Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives.

Sworn in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at 1:47 p.m. in San Juan, Puerto Rico, on December 4, 2025.

Digitally signed by Hon. Giselle López-Soler

Giselle López-Soler
Honorable U.S. Magistrate Judge